## UNITED STATES COURT OF INTERNATIONAL TRADE

```
-------------------------------------------------x
DAGAMMA INC.,                       :
                                    :
                   Plaintiff,       :
                                    :    Court No. 20-00173
            v.                      :
                                    :
UNITED STATES,                      :
                                    :
                   Defendant.       :
-------------------------------------------------x
```

### STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule. 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1. The protests and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the summons.

2. The imported merchandise covered by the protest and entries set forth on Schedule A, attached, consists of the Sonoline B Baby Heartbeat Tracker from Baby Doppler®.

3. The imported merchandise was classified by U.S. Customs and Border Protection primarily as "Electrical machines and apparatus, having individual functions. not specified or included elsewhere in this chapter: Other machines and apparatus: Other: Other: Other: Other," under subheading 8543.70.99 of the Harmonized Tariff Schedule of the United States (HTSUS) at the regular duty rate of 2.6 percent *ad valorem*, and secondarily under heading 9903.88.02, HTSUS, pursuant to Section 301 of the Trade

1

Expansion Act of 1974, Pub. L. 93–618, 19 U.S.C. § 2411 (Section 301) at a rate of 25 percent *ad valorem*.

4.      The stipulable imported merchandise is classifiable under subheading 8543.70.99, HTSUS, specifically under the 10-digit statistical reporting number 8543.70.99.60, HTSUS, at the regular duty rate of 2.6 percent *ad valorem*. The stipulable imported merchandise is also covered by an exclusion from Section 301 duties under heading 9903.88.12, HTSUS, that the United States Trade Representative (USTR) granted to "audio controllers, each valued not over $100 (described in statistical reporting number 8543.70.9960)" entered from August 23, 2018, through July 21, 2020, U.S. Note 20(o)(48), Subchapter III, Ch. 99, HTSUS, and therefore not subject to additional Section 301 duties.

5.      The imported merchandise, covered by the entries set forth on the attached Schedule A, is stipulable in accordance with this agreement.

6.      Entry No. BUU-1321146-7 was listed on the summons, in addition to the seven entries set forth on Schedule A. The parties agree that Entry No. BUU-1321146-7 should be severed and dismissed from this case for lack of subject matter jurisdiction. Plaintiff abandons all claims related to this entry.

7.      Any refunds payable by reason of this judgment are to be paid with any interest provided for by law.

8.      All other claims and non-stipulable entries are abandoned.

9.      Each party will bear its own costs and attorney's fees.

2

*Stipulated Judgment on Agreed Statement of Facts, Court No. 20-00173*

Respectfully submitted,

By: _____  9/25/2024

Michael Roll
Roll & Harris LLP
2121 Avenue of the Stars, Suite 800
Los Angeles, California 90067
Tel.: (310) 294-9501
*Attorney for Plaintiff*

and

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

By: _____  9/25/2024

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

Brandon Kennedy/ Jam  9/25/2024

BRANDON A . KENNEDY
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza – Suite 346
New York, New York 10278
(212) 264-9237
*Attorneys for Defendant*

3

*Stipulated Judgment on Agreed Statement of Facts, Court No. 20-00173*

## JUDGMENT

IT IS HEREBY ORDERED that this action (Court No. 20-00173) is decided and this final judgment is to be entered by the Clerk of the Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above.

/s/ Claire R. Kelly
—————————————————
Judge

Date: September 27, 2024

4

## Schedule A to Stipulated Judgment*

*Dagamma Inc. v. United States*, CIT No. 20-00173

| Protest # | Entry # | Description | Entry Line # | HTS Code |
|---|---|---|---|---|
| 0901-20-101026 | BUU-1249369-4 | Audio Baby Monitor | 1 | 8543.70.9960 9903.88.12 |
| 0901-20-101026 | BUU-1273779-3 | Audio Baby Monitor | 1 | 8543.70.9960 9903.88.12 |
| 0901-20-101026 | BUU-1281086-3 | Audio Baby Monitor | 1 | 8543.70.9960 9903.88.12 |
| 0901-20-101026 | BUU-1296643-4 | Audio Baby Monitor | 1 | 8543.70.9960 9903.88.12 |
| 0901-20-101026 | BUU-1288503-0 | Audio Baby Monitor | 1 | 8543.70.9960 9903.88.12 |
| 0901-20-101026 | BUU-1306740-6 | Audio Baby Monitor | 1 | 8543.70.9960 9903.88.12 |
| 0901-20-101026 | BUU-1308685-1 | Audio Baby Monitor | 1 | 8543.70.9960 9903.88.12 |

*Entry No. BUU-1321146-7 was listed on the summons in addition to the seven entries set forth on Schedule A. The parties agree that Entry No. BUU-1321146-7 should be severed and dismissed from this case for lack of subject matter jurisdiction. Plaintiff abandons all claims related to this entry.